# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASER ZAZAI, | Case No.:  26-cv-841-BJC-DDL |
| Petitioner, | |
| v. | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 8 U.S.C. § 2241** |
| CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et, al., | |
| Respondents. | |

On February 9, 2026, Petitioner Naser Zazai, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241. Petitioner is a citizen of Afghanistan who fled the Taliban and arrived at the United States border on March 24, 2025. He has been detained at the Otay Mesa Detention Center since that time.  On October 9, 2025, Petitioner received a final order of removal.  Petitioner contends that he should be released under *Zadvydas* because the government has "proven unable to remove him to either Afghanistan or a third country in the last year since he was ordered removed in a final order," therefore Respondent cannot show there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).

26-cv-841-BJC-DDL

On March 9, 2026, Respondents filed a response in which they concede that under the "current geopolitical situation facing the region, ICE is unable to currently remove Petitioner to Afghanistan," and "Petitioner is entitled to release pursuant to 8 C.F.R. § 242.12." ECF No. 8.

Accordingly, the Court **GRANTS** the petition and **ORDERS** the following:

1. Respondents are **ORDERED** to immediately release Petitioner from the Otay Mesa Detention Center.

2. Respondents are **ENJOINED** from re-detaining Petitioner unless there has been a change in circumstances that creates a reasonable likelihood of his removal in the reasonably foreseeable future.

3. Respondents are **ENJOINED** from re-detaining Petitioner under 8 U.S.C. 1231 until they have obtained valid travel documents necessary for Petitioner's removal.

4. Respondents are further **ENJOINED** from re-detaining Petitioner unless and until they follow the procedural safeguards set forth in 8 C.F.R. §§ 241.4; 241.13.

5. Respondents are also **ENJOINED** from removing Petitioner to any country other than Afghanistan, without first following the procedures of 8 U.S.C. § 1231(b)(2).

**IT IS SO ORDERED**.

Dated:  March 10, 2026

*Bryan Cheeks*
_____

Honorable Benjamin J. Cheeks
United States District Judge

2

26-cv-841-BJC-DDL